IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNEDY,
    Plaintiff.

v.      Civil No. 3:19-cv-124.

BOROUGH OF MINERSVILLE
PENNSYLVANIA, et al.,
    Defendants.

Motion for Authorization to File Electronically

1. I, Edward Thomas Kennedy, Plaintiff, am one of the people of Pennsylvania and in this court of record wishes and motions this court for authorization to file electronically.

2. Plaintiff has independently reviewed all of the tutorials and related topics on the Court's website, and has a PACER account, and has filed electronically successfully in this court and other judicial circuits nationwide.

Date: January 18, 2019.

FILED
SCRANTON
JAN 22 2019
PER_____

/s/ Edward Thomas Kennedy (Seal)

Edward Thomas Kennedy, Plaintiff
[BA, DeSales, Politics/Law, 1975]
401 Tillage Road
Breinigsville, Pennsylvania
Telephone: 415-275-1244.
Fax: 570-609-1810.
Email: kennedy2018@alumni.nd.edu