UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 1148
SCRANTON, PA   18501

1/23/2019

**Edward Thomas Kennedy**
401 Tillage Rd.
Breingsville, PA 18031

3:19-cv-00124-RDM-WIA

Dear Sir/Madam:

Receipt is acknowledged of the document noted at the foot of this letter, subject as captioned above.

The matter has been forwarded to the court for consideration.

Very truly yours,

PETER J. WELSH, Acting Clerk

By: s/Robert C, Golden
    Deputy Clerk

[] Petition For Writ of Habeas Corpus          [x] Complaint

[ ] Transfer From Other District               [ ] Other