UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY,<br>Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 3:19-cv-0124 |
| v. | ) <br> ) <br> ) | (MANNION, D.J.) <br><br> (ARBUCKLE, M.J.) |
| BOROUGH OF MINERSVILLE, *et al.*<br>Defendants | ) <br> ) | |

<u>ORDER</u>

On January 22, 2019, Plaintiff lodged a complaint (Doc. 1) and filed a Motion for Leave to Proceed *in Forma Pauperis* (Doc. 2). Along with the complaint and motion, the plaintiff filed a Motion for Authorization to File Electronically (Doc. 3). In the Motion to File Electronically, Plaintiff states "he has independently reviewed all of the tutorials and related topics on the Court's website and has a PACER account". This motion will be DENIED as unnecessary. The process of ECF registration does not require a court order.

IT IS ORDERED THAT:

1. Plaintiff shall complete an ECF Registration Form and email the completed form to " ecfreg@pamd.uscourts.gov.

2. The Clerk's office is directed to include the ECF Registration form with this order.

Date: January 28, 2019

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U. S. Magistrate Judge