Print Form

**United States District Court for the Middle District of Pennsylvania**

## ECF REGISTRATION FORM

*This form shall be used to register as a Filing User for the court's Electronic Case Files (ECF) system.*
A Filing User may file documents with the court through the court's ECF web site, and view and retrieve docket sheets and case documents electronically. Registration as a Filing User also serves as your consent to electronic service of all documents through the court's transmission facilities in accordance with the Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure. By signing this form, you shall certify that you have completed the ECF tutorial on the court's web site (www.pamd.uscourts.gov), and have a PACER account. Please visit the PACER web site at http://pacer.psc.uscourts.gov to establish a PACER account.

**Please complete the following information to register for ECF:**   (THIS FORM MUST BE TYPED)

Last Name: _____ First Name: _____ Middle Initial: __

Firm Name: _____

Address: _____

_____

City, State: _____ Zip Code: _____

Telephone Number: _____

PA or other State Bar ID: _____ (e.g. PA12345, NY22316)

Last Four Digits of Social Security Number: _____ (for security purposes)

E-Mail Address(es) for Electronic Service : _____

_____

If registered for ECF in another court, provide your **Login Name**: _____

Save the complete form with a new name and e-mail it to:   **ecfreg@pamd.uscourts.gov**

**Court Use Only:**
Login   Assigned: _____
Password Assigned: _____

_____
*(Signature/Date)*

Exhibit A