IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

v.

BOROUGH OF MINERSVILLE
PENNSYLVANIA, et. al.,

    Defendants.

Case No. ~~18-cv-0977~~
19-CV-124 HF

### Objection to Memorandum Order

TAKE JUDICIAL COGNIZANCE
NOTICE

1.   28 U.S. Code § 453.

2.   18 U.S. Code § 242.

3.   PA Code Title 18 Sec. § 321. Court of record.

4.   I, Edward Thomas Kennedy, am one of the people of Pennsylvania, and in this court of record at common law, hereby Objects to the District Court Order in ECF Doc 16, because it violates the Constitution of the United States and Plaintiff's guaranteed rights, specifically, the district court exceeded its jurisdiction, and because it exceeded its jurisdiction, injured the Plaintiff in loss of rights.

Date: September 12, 2019.

                                      Respectfully submitted,

                                                                      *(seal)*

_____
Edward Thomas Kennedy, Plaintiff
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
Fax (570) 609-1810
pillar.of.peace.2012@gmail.com

*Plaintiff is self-represented.*

Edward Thomas Kennedy
800 Court St., Apt. 223
Reading, PA 19601

HARRISBURG PA
13 SEP 2019

Clerk of Court
US District Court, MD Pa.
PO Box 1148
235 N. Washington Ave
Scranton, PA 18501

RECEIVED
SCRANTON
SEP 16 2019
PER _____ DEPUTY CLERK