IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

v.

BOROUGH OF MINERSVILLE
PENNSYLVANIA, et. al.,

    Defendants.

Case No. ~~18-cv-0977~~

19-CV-124 MF

## MOTION TO AMEND MEMORANDUM ORDER

TAKE JUDICIAL COGNIZANCE
NOTICE

1.     28 U.S. Code § 453.

2.     18 U.S. Code § 242.

3.     PA Code Title 18 Sec. § 321. Court of record.

4.     I, Edward Thomas Kennedy, am one of the people of Pennsylvania, and in this court of record at common law, hereby Motions the District Court to Amend its Memorandum Order, ECF Document 16, to include the required language. (FRAP 5 (3)(3). The district court's document titled Memorandum Order does not include a certification to seek permission to appeal under Section 1292(b).

Date: September 13, 2019.

                                            Respectfully submitted,

*[FILED SCRANTON SEP 16 2019 PER DEPUTY CLERK]*

*(signature)* (seal)

Edward Thomas Kennedy, Plaintiff
800 Court Street, Apt 223
Reading, PA 19601
(415) 275-1244
Fax (570) 609-1810
pillar.of.peace.2012@gmail.com

*Plaintiff is self-represented.*

## CERTIFICATE OF SERVICE

I certify that on September 13, 2019 that I filed a copy of the above MOTION TO AMEND MEMORANDUM ORDER and an Objection to the Memorandum Order to the Clerk at the the M.D. Pa. by US regular mail.

Date: September 13, 2019.

Edward Thomas Kennedy, Plaintiff.

*Plaintiff is self-represented.*

Edward Thomas Kennedy
800 Court St., Apt 223
Reading, PA 19601

HARRISBURG PA 171
13 SEP 2019

Clerk of Court
US District Court, MD Pa.
PO Box 1148
235 N. Washington Ave
Scranton PA 18501

RECEIVED
SCRANTON

SEP 16 2019

PER _____ DEPUTY CLERK